IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALCORP HOLDINGS INC., a Missouri corporation; RH FINANCIAL CORPORATION, a Nevada corporation; and RALCORP FROZEN BAKERY PRODUCTS, INC. a Delaware corporation,<br><br>        Plaintiffs,<br><br>    v.<br><br>RIVERGATE PARTNERS, L.P.; JAMISON PARTNERS, L.P.; TERRY R. KNUTSON and ROSE KNUTSON, as individuals and as trustees of THE TERRY AND ROSE KNUTSON 2000 FAMILY TRUST UTA 6/21/00; and DOES 1 through 20, inclusive,<br><br>        Defendants. | 2:12-cv-02128-GEB-DAD<br><br>RECUSAL ORDER |

      I am disqualifying myself as the judge to whom this case is assigned. Therefore, all currently scheduled dates are vacated. Further, the Clerk of Court shall randomly reassign this case and make the appropriate adjustments.

      IT IS SO ORDERED.

Dated: October 17, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1