Lawrence C. Ecoff, Esq., California Bar No. 143814
Phillip Nevinny, Esq., California Bar No. 150506
Alberto J. Campain, Esq., California Bar No. 204068
**ECOFF LAW, LLP**
280 South Beverly Drive, Suite 504
Beverly Hills, California 90212
Telephone:   (310) 887-1850
Facsimile:    (310) 887-1855
E-mail:  ecoff@ecofflaw.com

Attorneys for Defendants
Rivergate Partners, L.P., Jamison Partners, L.P., Terry R. Knutson, Rose Knutson as individuals and as trustees of The Terry and Rose Knutson 2000 Family Trust UTA 6/21/00

**BRYAN CAVE LLP**
Meryl Macklin, California Bar No. 115053
Thomas Lee, California Bar No. 275706
560 Mission Street, 25th Floor
San Francisco, CA 94105
Telephone:  (415) 675-3400
Facsimile:   (415) 675-3434
Email:         meryl.macklin@bryancave.com
                   tom.lee@bryancave.com

Attorneys for Plaintiffs
RALCORP HOLDINGS INC., RH FINANCIAL CORPORATION and RALCORP FROZEN BAKERY PRODUCTS, INC.

UNITED STATE DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALCORP HOLDINGS, INC., a Missouri corporation; RH FINANCIAL CORPORATION, a Nevada corporation, and RALCORP FROZEN BAKERY PRODUCTS, INC. a Delaware corporation,<br><br>                    Plaintiff,<br><br>          vs.<br><br>RIVERGATE PARTNERS, L.P., JAMISON PARTNERS, L.P., TERRY R. KNUTSON, ROSE KNUTSON as individuals and as trustees of THE TERRY AND ROSE KNUTSON 2000 FAMILY TRUST UTA 6/21/00; and DOES 1 through 20, inclusive<br><br>                    Defendants. | Case No.: 2:12-CV-02128-JAM-DAD<br><br>**JOINT STIPULATION AND ORDER CONTINUING INITIAL EXPERT DISCLOSURE DEADLINE TO JANUARY 17, 2014** |

## STIPULATION

1. In the Status (Pre-Trial Scheduling) Order dated January 31, 2013, the Court set the following deadlines regarding the parties' expert discovery:

- November 15, 2013: Initial Expert Disclosures
- January 10, 2014: Rebuttal Expert Disclosures

2. Plaintiffs RALCORP HOLDINGS, INC., RH FINANCIAL CORPORATION, and RALCORP FROZEN BAKERY PRODUCTS, INC. (collectively "Plaintiffs"), and defendants RIVERGATE PARTNERS, L.P., JAMISON PARTNERS, L.P., TERRY R. KNUTSON, ROSE KNUTSON as individuals and as trustees of THE TERRY AND ROSE KNUTSON 2000 FAMILY TRUST UTA 6/21/00 (collectively "Defendants") have been diligently pursuing discovery, including the production of responsive documents;

3. Plaintiffs will complete their production of documents to Defendants by November 15, 2013;

4. No depositions have yet been taken in this case;

5. The parties require additional time for their experts to analyze the documents and would like to allow their experts time to consider deposition testimony not yet taken;

6. The parties agree that the deadline for the parties' Initial Expert Disclosures and Rebuttal Expert Disclosures should be continued to January 17, 2014, and February 7, 2014.

Dated:  November 14, 2013                     ECOFF LAW, LLP


By:   /s/ Lawrence C. Ecoff
Lawrence C. Ecoff
Attorneys for Defendants
RIVERGATE PARTNERS, L.P., JAMISON PARTNERS, L.P., TERRY R. KNUTSON, ROSE KNUTSON as individuals and as trustees of THE TERRY AND ROSE KNUTSON 2000 FAMILY TRUST UTA 6/21/00

| | | |
|---|---|---|
| 1 | Dated: November 14, 2013 | BRYAN CAVE LLP |

By: /s/ Thomas S. Lee
Thomas S. Lee
Attorneys for Plaintiffs
RALCORP HOLDINGS INC., RH FINANCIAL CORPORATION and RALCORP FROZEN BAKERY

GOOD CAUSE APPEARING THEREFOR,

IT IS HEREBY ORDERED that this Court's Pretrial Scheduling Order shall be amended to provide that the deadline for the parties' Initial Expert Disclosures and Rebuttal Expert Disclosures should be continued to January 17, 2014, and February 7, 2014.

DATED: 11/15/2013

/s/ John A. Mendez

Hon. John A. Mendez

United States District Court Judge