Lawrence C. Ecoff, Esq., California Bar No. 143814
Alberto J. Campain, Esq., California Bar No. 204068
ECOFF LAW, LLP
280 South Beverly Drive, Suite 504
Beverly Hills, California 90212
Telephone:   (310) 887-1850
Facsimile:    (310) 887-1855
E-mail:         ecoff@ecofflaw.com

Attorneys for Defendants
RIVERGATE PARTNERS, L.P., JAMISON PARTNERS, L.P., TERRY R. KNUTSON, ROSE KNUTSON AS INDIVIDUALS AND AS TRUSTEES OF THE TERRY and ROSE KNUTSON 2000 FAMILY TRUST UTA 6/21/00


BRYAN CAVE LLP
Meryl Macklin, California Bar No. 115053
Thomas Lee, California Bar No. 275706
560 Mission Street, 25th Floor
San Francisco, CA 94105
Telephone:   (415) 675-3400
Facsimile:    (415) 675-3434
Email: meryl.macklin@bryancave.com
            tom.lee@bryancave.com

Attorneys for Plaintiffs
RALCORP HOLDINGS INC., RH FINANCIAL CORPORATION and RALCORP FROZEN BAKERY PRODUCTS, INC.

UNITED STATE DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALCORP HOLDINGS, INC., a Missouri corporation; RH FINANCIAL CORPORATION, a Nevada corporation, and RALCORP FROZEN BAKERY PRODUCTS, INC. a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>RIVERGATE PARTNERS, L.P., JAMISON PARTNERS, L.P., TERRY R. KNUTSON, ROSE KNUTSON as individuals and as trustees of THE TERRY AND ROSE KNUTSON 2000 FAMILY TRUST UTA 6/21/00; and DOES 1 through 20, inclusive<br><br>Defendants. | Case No.: 2:12-CV-02128-JAM-DAD<br><br><br>**JOINT STIPULATION AND ORDER CONTINUING DISCLOSURE, DISCOVERY, HEARING AND TRIAL DATES** |

1

Plaintiffs RALCORP HOLDINGS INC., RH FINANCIAL CORPORATION and RALCORP FROZEN BAKERY PRODUCTS, INC ("Plaintiffs") and Defendants RIVERGATE PARTNERS, L.P., JAMISON PARTNERS, L.P., TERRY R. KNUTSON, ROSE KNUTSON AS INDIVIDUALS AND AS TRUSTEES OF THE TERRY AND ROSE KNUTSON 2000 FAMILY TRUST UTA 6/21/00 ("Defendants") (collectively, the "Parties"), subject to approval by the Court, hereby stipulate and agree, and good cause appearing, thereupon request the Court to continue the: (1) initial expert disclosure deadline to February 17, 2014; (2) rebuttal expert disclosure to March 17, 2014; (3) discovery cut-off to April 7, 2014; and (4) dispositive motion cut-off to May 21, 2014.

**RECITALS**

1.   The Status (Pre-Trial Scheduling) Order dated January 31, 2013, set forth the following deadlines:

   a.   All dispositive motions shall be filed by April 9, 2014.
   b.   All discovery shall be completed by February 21, 2014.
   c.   Expert witness disclosures under Fed. R. Civ. P. 26(a)(2) shall be made by November 15, 2013.
   d.   Supplemental disclosures and disclosure of any rebuttal experts under Fed. R. Civ. P. 26(a)(2)(c) shall be made by January 10, 2014.

2.   On November 15, 2013, at the request of the parties, the Court entered an order amending the Pre-Trial Scheduling Order and extending the following:

   a.   The deadline for expert witness disclosures under Fed. R. Civ. P. 26(a)(2) was extended from November 15, 2013 to January 17, 2014.
   b.   The deadlines for supplemental disclosure and disclosure of any rebuttal experts under Fed. R. Civ. P. 26(a)(2)(c) was extended from January 10, 2014 to February 7, 2014.

3.   The parties have actively and diligently engaged in discovery, including the production of responsive documents.

4.   The parties have recently engaged in a meet and confer effort regarding Plaintiffs'

1  production of responsive documents, including financial documents.  Defendants believe that there
2  are significant documents yet to be produced that are necessary for their expert witness disclosure
3  and upcoming depositions.  Plaintiffs have agreed to review the production demands and
4  supplement as necessary and available.  Plaintiffs anticipate being able to complete their
5  supplemental production of documents within the next two weeks.

6      5.   Defendants require additional time for their experts to analyze the documents
7  which Plaintiffs intend to produce and prepare their expert witness reports under Fed. R. Civ. P.
8  26(a)(2)(b), to use such documents for depositions, and to facilitate their ability to engage in
9  further discussions toward resolution.

## STIPULATION

The parties stipulate, through their undersigned counsel to continue the initial expert disclosures deadline to February 17, 2014; the rebuttal expert disclosures deadline to March 17, 2014; the discovery cut-off to April 7, 2014; and the dispositive motion cut-off to May 21, 2014.

The parties further stipulate that the dispositive motion hearing, if any, be held on June 18, 2014, at 9:30 a.m., and that the Joint Pretrial Statement be filed no later than July 25, 2014.

The parties further stipulate that the Final Pretrial Conference be continued to August 1, 2014, at 11:00 a.m., and that the Jury Trial be continued to September 8, 2014, at 9:00 a.m.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated:  January 21, 2014                           ECOFF LAW, LLP


                                                   By:  /s/ Lawrence C. Ecoff
                                                        Lawrence C. Ecoff
                                                        Attorneys for Defendants
                                                        RIVERGATE PARTNERS, L.P.,
                                                        JAMISON PARTNERS, L.P., TERRY R.
                                                        KNUTSON, ROSE KNUTSON as
                                                        individuals and as trustees of THE TERRY
                                                        AND ROSE KNUTSON 2000 FAMILY
                                                        TRUST UTA 6/21/00

Dated: January 21, 2014                                          BRYAN CAVE LLP


By: /s/ Thomas Lee
    Thomas Lee

Attorneys for Plaintiffs
RALCORP HOLDINGS INC., RH FINANCIAL CORPORATION and RALCORP FROZEN BAKERY PRODUCTS, INC.

Pursuant to the stipulation of the Parties, and good cause appearing, IT IS HEREBY ORDERED that:

1. The initial expert disclosures deadline is continued to February 17, 2014;
2. The rebuttal expert disclosures is continued to March 17, 2014;
3. The discovery cut-off deadline is continued to April 7, 2014;
4. The dispositive motion cut-off is continued May 21, 2014;
5. The dispositive motion hearing, if any, shall be held on June 18, 2014, at 9:30 a.m.
6. The Joint Pretrial Statement shall be filed no later than July 25, 2014;
7. The Final Pretrial Conference is continued to August 1, 2014, at 11:00 a.m.
8. The Jury Trial is continued to September 8, 2014, at 9:00 a.m.

IT IS SO ORDERED.

Dated: 1/22/2014                              /s/ John A. Mendez
                                              JOHN A. MENDEZ
                                              UNITED STATES DISTRICT COURT JUDGE