Lawrence C. Ecoff, Esq., California Bar No. 143814
Alberto J. Campain, Esq., California Bar No. 204068
ECOFF LAW, LLP
280 South Beverly Drive, Suite 504
Beverly Hills, California 90212
Telephone:  (310) 887-1850
Facsimile:  (310) 887-1855
E-mail:  ecoff@ecofflaw.com
         campain@ecofflaw.com

Attorneys for Defendants
RIVERGATE PARTNERS, L.P., JAMISON PARTNERS, L.P., TERRY R. KNUTSON, ROSE KNUTSON AS INDIVIDUALS AND AS TRUSTEES OF THE TERRY and ROSE KNUTSON 2000 FAMILY TRUST UTA 6/21/00


BRYAN CAVE LLP
Meryl Macklin, California Bar No. 115053
Thomas Lee, California Bar No. 275706
333 Market Street, 25th Floor
San Francisco, CA 94105
Telephone:  (415) 675-3400
Facsimile:  (415) 675-3434
Email:  meryl.macklin@bryancave.com
        tom.lee@bryancave.com

Attorneys for Plaintiffs
RALCORP HOLDINGS INC., RH FINANCIAL CORPORATION and RALCORP FROZEN BAKERY PRODUCTS, INC.

UNITED STATE DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALCORP HOLDINGS, INC., a Missouri corporation; RH FINANCIAL CORPORATION, a Nevada corporation, and RALCORP FROZEN BAKERY PRODUCTS, INC. a Delaware corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>RIVERGATE PARTNERS, L.P., JAMISON PARTNERS, L.P., TERRY R. KNUTSON, ROSE KNUTSON as individuals and as trustees of THE TERRY AND ROSE KNUTSON 2000 FAMILY TRUST UTA 6/21/00; and DOES 1 through 20, inclusive<br><br>    Defendants. | Case No.: 2:12-CV-02128-JAM-DAD<br><br>**JOINT STIPULATION AND ORDER CONTINUING DISPOSITIVE MOTION DEADLINE** |

1

Plaintiffs RALCORP HOLDINGS INC., RH FINANCIAL CORPORATION and RALCORP FROZEN BAKERY PRODUCTS, INC ("Plaintiffs") and Defendants RIVERGATE PARTNERS, L.P., JAMISON PARTNERS, L.P., TERRY R. KNUTSON, ROSE KNUTSON AS INDIVIDUALS AND AS TRUSTEES OF THE TERRY AND ROSE KNUTSON 2000 FAMILY TRUST UTA 6/21/00 ("Defendants") (collectively, the "Parties"), subject to approval by the Court, hereby stipulate and agree, and good cause appearing, thereupon request the Court to continue the: (1) dispositive motion cut-off to June 4, 2014, and (3) the hearing on any dispositive motions from June 18, 2014, at 9:30 a.m. to July 2, 2014, at 9:30 a.m.

## **RECITALS**

1. The Status (Pre-Trial Scheduling) Order dated January 31, 2013, set forth the following deadlines:
   a. All dispositive motions shall be filed by April 9, 2014
   b. All discovery shall be completed by February 21, 2014
   c. Expert witness disclosures under Fed. R. Civ. P. 26(a)(2) shall be made by November 15, 2013.
   d. Supplemental disclosures and disclosure of any rebuttal experts under Fed. R. Civ. P. 26(a)(2)(c) shall be made by January 10, 2014.

2. On November 15, 2013, at the request of the parties, the Court entered an order amending the Pre-Trial Scheduling Order, and extending the following:
   a. The deadline for expert witness disclosures under Fed. R. Civ. P. 26(a)(2) was extended from November 15, 2013 to January 17, 2014.
   b. The deadlines for supplemental disclosure and disclosure of any rebuttal experts under Fed. R. Civ. P. 26(a)(2)(c) was extended from January 10, 2014 to February 7, 2014.

3. On January 22, 2014, at the request of the parties, the Court entered an order amending the Pre-Trial Scheduling Order, and extended the following:
   a. The deadline for expert witness disclosures under Fed. R. Civ. P. 26(a)(2) was extended from to January 17, 2014 to February 17, 2014.

      b.    The deadlines for supplemental disclosure and disclosure of any rebuttal experts under Fed. R. Civ. P. 26(a)(2)(c) was extended from February 7, 2014 to May 17, 2014.

      c.    The deadline to complete discovery was extended from February 21, 2014 to April 7, 2014.

      d.    The deadline to file dispositive motions was extended from April 9, 2014 to May 21, 2014.

      e.    The hearing on a dispositive motion, if any, to be held on June 18, 2014 at 9:30 a.m.

      f.    The Joint Pretrial Statement shall be filed no later than July 25, 2014.

      g.    The Final Pretrial Conference shall be held on August 1, 2014, at 11:00 a.m.

      h.    The Jury Trial is scheduled for September 8, 2014, at 9:00 a.m.

4.    The parties have actively and diligently engaged in completing discovery, including the production of responsive documents and scheduling of expert witness depositions.

5.    The parties have recently engaged in a meet and confer effort regarding Plaintiffs' production of responsive documents.  Defendants believe that there are significant documents yet to be produced that are necessary for review by their expert witnesses prior to the depositions of said expert witnesses.  Plaintiffs anticipate being able to complete their supplemental production of documents within the next two weeks.

6.    Plaintiffs served notices of deposition on Defendants on March 28, 2014.  The individual defendant, and representative of the entity defendants was not available to be deposed until May 20, 2014, the day before the dispositive motion deadline.

7.    Plaintiffs require additional time to complete the depositions of the individual and entity defendants, and the parties require additional time to complete the depositions of the parties' respective expert witnesses, all of which is necessary for the preparation of and opposition to any dispositive motions.

///

///

## STIPULATION

The parties stipulate, through their undersigned counsel to continue the dispositive motion cut-off from May 21, 2014 to June 4, 2014, and to continue the dispositive motion hearing from June 18, 2014, at 9:30 a.m. to July 2, 2014, at 9:30 a.m.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated:  May 15, 2014                              ECOFF LAW, LLP

                                                  By: __/s/ Alberto J. Campain_____
                                                      Alberto J. Campain

                                                  Attorneys for Defendants
                                                  RIVERGATE PARTNERS, L.P.,
                                                  JAMISON PARTNERS, L.P., TERRY R.
                                                  KNUTSON, ROSE KNUTSON as
                                                  individuals and as trustees of THE TERRY
                                                  AND ROSE KNUTSON 2000 FAMILY
                                                  TRUST UTA 6/21/00

Dated:  May 15, 2014                              BRYAN CAVE LLP

                                                  By: __/s/ Thomas Lee___  _____
                                                      Thomas Lee

                                                  Attorneys for Plaintiffs
                                                  RALCORP HOLDINGS INC., RH
                                                  FINANCIAL CORPORATION and
                                                  RALCORP FROZEN BAKERY
                                                  PRODUCTS, INC.

Pursuant to the stipulation of the Parties, and good cause appearing, IT IS HERBY ORDERED that:

1. The dispositive motion cut-off is continued from May 21, 2014 to June 4, 2014;

2. The dispositive motion hearing, if any, is continued from June 18, 2014, at 9:30 a.m. to July 2, 2014, at 9:30 a.m.

IT IS SO ORDERED.

Dated: May 15, 2014

/s/ JOHN A. MENDEZ
JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE