Lawrence C. Ecoff, Esq., California Bar No. 143814
Alberto J. Campain, Esq., California Bar No. 204068
ECOFF LAW, LLP
280 South Beverly Drive, Suite 504
Beverly Hills, California 90212
Telephone:   (310) 887-1850
Facsimile:   (310) 887-1855
E-mail:      ecoff@ecofflaw.com
             campain@ecofflaw.com

Attorneys for Defendants
RIVERGATE PARTNERS, L.P., JAMISON PARTNERS, L.P., TERRY R. KNUTSON, ROSE KNUTSON AS INDIVIDUALS AND AS TRUSTEES OF THE TERRY and ROSE KNUTSON 2000 FAMILY TRUST UTA 6/21/00

**BRYAN CAVE LLP**
Meryl Macklin, California Bar No. 115053
Thomas Lee, California Bar No. 275706
333 Market Street, 25th Floor
San Francisco, CA 94105
Telephone:   (415) 675-3400
Facsimile:   (415) 675-3434
Email:       meryl.macklin@bryancave.com
             tom.lee@bryancave.com

Attorneys for Plaintiffs
RALCORP HOLDINGS INC., RH FINANCIAL CORPORATION and RALCORP FROZEN BAKERY PRODUCTS, INC.

UNITED STATE DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALCORP HOLDINGS, INC., a Missouri corporation; RH FINANCIAL CORPORATION, a Nevada corporation, and RALCORP FROZEN BAKERY PRODUCTS, INC. a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>RIVERGATE PARTNERS, L.P., JAMISON PARTNERS, L.P., TERRY R. KNUTSON, ROSE KNUTSON as individuals and as trustees of THE TERRY AND ROSE KNUTSON 2000 FAMILY TRUST UTA 6/21/00; and DOES 1 through 20, inclusive<br><br>Defendants. | Case No.: 2:12-CV-02128-JAM-DAD<br><br>**JOINT STIPULATION AND ORDER CONTINUING DISPOSITIVE MOTION DEADLINE**<br><br>**(AS AMENDED BY THE COURT)** |

Bryan Cave LLP
560 Mission Street, 25th Floor
San Francisco, CA 94105

199714.1\C021515\0340428

Plaintiffs RALCORP HOLDINGS INC., RH FINANCIAL CORPORATION and RALCORP FROZEN BAKERY PRODUCTS, INC ("Plaintiffs") and Defendants RIVERGATE PARTNERS, L.P., JAMISON PARTNERS, L.P., TERRY R. KNUTSON, ROSE KNUTSON AS INDIVIDUALS AND AS TRUSTEES OF THE TERRY AND ROSE KNUTSON 2000 FAMILY TRUST UTA 6/21/00 ("Defendants") (collectively, the "Parties"), subject to approval by the Court, hereby stipulate and agree, and good cause appearing, thereupon request the Court to continue the: (1) dispositive motion cut-off to June 13, 2014, and (3) the hearing on any dispositive motions from July 11, 2014, at 9:30 a.m.

## RECITALS

1. The Status (Pre-Trial Scheduling) Order dated January 31, 2013, set forth the following deadlines:

    a. All dispositive motions shall be filed by April 9, 2014

    b. All discovery shall be completed by February 21, 2014

    c. Expert witness disclosures under Fed. R. Civ. P. 26(a)(2) shall be made by November 15, 2013.

    d. Supplemental disclosures and disclosure of any rebuttal experts under Fed. R. Civ. P. 26(a)(2)(c) shall be made by January 10, 2014.

2. On November 15, 2013, at the request of the parties, the Court entered an order amending the Pre-Trial Scheduling Order, and extending the following:

    a. The deadline for expert witness disclosures under Fed. R. Civ. P. 26(a)(2) was extended from November 15, 2013 to January 17, 2014.

    b. The deadlines for supplemental disclosure and disclosure of any rebuttal experts under Fed. R. Civ. P. 26(a)(2)(c) was extended from January 10, 2014 to February 7, 2014.

3. On January 22, 2014, at the request of the parties, the Court entered an order amending the Pre-Trial Scheduling Order, and extended the following:

     a. The deadline for expert witness disclosures under Fed. R. Civ. P. 26(a)(2) was extended from to January 17, 2014 to February 17, 2014.

     b. The deadlines for supplemental disclosure and disclosure of any rebuttal experts under Fed. R. Civ. P. 26(a)(2)(c) was extended from February 7, 2014 to May 17, 2014.

     c. The deadline to complete discovery was extended from February 21, 2014 to April 7, 2014.

     d. The deadline to file dispositive motions was extended from April 9, 2014 to May 21, 2014.

     e. The hearing on a dispositive motion, if any, to be held on June 18, 2014 at 9:30 a.m.

     f. The Joint Pretrial Statement shall be filed no later than July 25, 2014.

     g. The Final Pretrial Conference shall be held on August 1, 2014, at 11:00 a.m.

     h. The Jury Trial is scheduled for September 8, 2014, at 9:00 a.m.

4. The parties have been engaged in settlement negotiations for several months. The parties have agreed to attend an in person settlement conference on June 2, 2014. The parties respectfully request that the Court continue the dispositive motion deadline to allow the parties to attend the settlement conference and continue to attempt to resolve this matter.

///
///
///
///
///
///
///

# **STIPULATION**

The parties stipulate, through their undersigned counsel to continue the dispositive motion cut-off from June 4, 2014, to June 13, 2014, and to continue the dispositive motion hearing from July 2, 2014, at 9:30 a.m. to July 9, 2014 at 9:30 a.m.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: May 27, 2014                     ECOFF LAW, LLP

By: */s/ Lawrence Ecoff*_____
    Lawrence Ecoff
Attorneys for Defendants
RIVERGATE PARTNERS, L.P., JAMISON PARTNERS, L.P., TERRY R. KNUTSON, ROSE KNUTSON as individuals and as trustees of THE TERRY AND ROSE KNUTSON 2000 FAMILY TRUST UTA 6/21/00

Dated: May 27, 2014                     BRYAN CAVE LLP

By: */s/ Thomas Lee*_____
    Thomas Lee
Attorneys for Plaintiffs
RALCORP HOLDINGS INC., RH FINANCIAL CORPORATION and RALCORP FROZEN BAKERY PRODUCTS, INC.

Pursuant to the stipulation of the Parties, and good cause appearing, IT IS HERBY ORDERED that:

1. The dispositive motion cut-off is continued from June 4, 2014, to June 13, 2014;
2. The dispositive motion hearing, if any, is continued from July 2, 2014, at 9:30 a.m. to July 9, 2014 at 9:30 a.m.

IT IS SO ORDERED.

Dated: 5/28/2014                              /s/ John A. Mendez_____
                                              JOHN A. MENDEZ
                                              UNITED STATES DISTRICT JUDGE

*Bryan Cave LLP*
*560 Mission Street, 25th Floor*
*San Francisco, CA 94105*